1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS,<br><br>Plaintiff,<br><br>v.<br><br>YIFANG TSAI, an Individual d/b/a TwinMore; MAX SHAW, an Individual d/b/a ONSALEGOODS; and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV11-06871 MMM (JCGx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANTS YIFANG TSAI AND MAX SHAW** |

The Court, pursuant to the Stipulation For Entry of Final Judgment, including Permanent Injunction ("Stipulation"), between Plaintiff SPECULATIVE PRODUCT DESIGN, LLC ("Plaintiff") on the one hand, and Defendants

- 1 -
**[PROPOSED] FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION**

YIFANG TSAI and MAX SHAW ("Defendants"), on the other, hereby ORDERS, ADJUDICATES and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the First Amended Complaint in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendants and any person or entity acting in concert with, or at the direction of them, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

   a. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's SPECK® and CANDYSHELL® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's SPECK® and CANDYSHELL® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   b. performing or allowing others employed by or representing them, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's SPECK® and CANDYSHELL® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

   c. engaging in any acts of federal and/or state trademark infringement, false designation of origin/unfair competition/false or misleading advertising, dilution, unfair business practices, unjust enrichment, federal

copyright infringement, common law copyright infringement, or other act which would tend damage or injure Plaintiff; and/or

       d.    using any Internet domain name or website, including but not limited to Amazon.com, that includes any of Plaintiff's trademarks and copyrights, including the SPECK® and CANDYSHELL® marks and works.

2.    Defendants are ordered to deliver immediately to counsel for Plaintiff for destruction all unauthorized products, including counterfeit SPECK® and CANDYSHELL® products and related products, labels, packages, wrappers and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof.

3.    This Final Judgment shall be deemed to have been served upon Defendants at the time of its execution and entry by the Court.

4.    The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendants.

5.    Plaintiff is entitled to recover from Defendants the sum of One Hundred Forty-Four Thousand Three Hundred Forty-Seven Dollars Fifty-Eight Cents ($144,347.58) on Plaintiff's First Amended Complaint for Damages and Declaratory Relief against Defendants subject to the terms of a separate Confidential Settlement Agreement by and between Plaintiff and Defendants.

6.    **NO APPEALS AND CONTINUING JURISDICTION.**  No appeals shall be taken from this Final Judgment, including Permanent Injunction, and the parties waive all rights to appeal.  This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Final Judgment, including Permanent Injunction, and the Permanent Injunction herein.

/ / /

- 3 -
**[PROPOSED]  FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION**

7. **NO FEES AND COSTS.** Each party shall bear its/her/his own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 2nd day of November, 2012.

_____
HON. MARGARET M. MORROW
United States District Judge
Central District of California